# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| AS PELEUS, A DELAWARE LIMITED LIABILITY COMPANY | : | No. 60 EM 2017 |
| | : | |
| v. | : | |
| | : | |
| ALSON ALSTON, UNITED STATES C/O US ATTORNEY | : | |
| | : | |
| PETITION OF:  ALSON ALSTON | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, the Petition for Leave to File Reconsideration *Nunc Pro Tunc* is **DENIED**.